FILED
2026 Jun-09  PM 04:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION**

| | |
|---|---|
| TIMOTHY JACKSON RICHARDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 7:26-cv-00190-HDM-SGC |
| | ) |
| SCOTT SLATON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

Timothy Jackson Richards filed a *pro se* complaint pursuant to 42 U.S.C. § 1983.[1]  (Doc. 1).  In accordance with the usual practices of this court and 28 U.S.C. § 636(b)(1), the complaint is before the undersigned magistrate judge for a preliminary report and recommendation.  *See McCarthy v. Bronson*, 500 U.S. 136 (1991).  As explained below, this matter is due to be dismissed for failure to comply with a court order.  FED R. CIV. P. 41(b).

On February 13, 2026, the court denied the plaintiff's application to proceed *in forma pauperis* because he did not include a certified copy of his prison account statements for the last six months.  (Doc. 5).  The order required the plaintiff to file a new application and the required account statements within 30 days.  (Doc. 5).  On April 29, 2026, the court denied the plaintiff's motion for reconsideration of the fee

---

[1] Citations to the record refer to the document and page numbers assigned the CM/ECF electronic document system and appear in the following format: (Doc. __ at __).

issue and ordered him to comply with the February 13, 2026 order within 14 days. (Doc. 7). The order warned the plaintiff that failure to timely comply could result in the dismissal of this action without further notice. (Doc. 7). More than 14 days have elapsed, and the plaintiff has not complied with or otherwise responded to the order.

## RECOMMENDATION

Based on the foregoing, the undersigned **RECOMMENDS** this action be **DISMISSED WITHOUT PREJUDICE** for failure to comply with a court order. FED. R. CIV. P. 41(b).

## NOTICE OF RIGHT TO OBJECT

The plaintiff may file specific written objections to this report and recommendation. Any objections must be filed with the Clerk of Court within **14 days**. *See* 28 U.S.C. §§ 636(b)(1)(B), (C); FED. R. CIV. P. 72(b)(2). The plaintiff must identify every objectionable finding of fact or recommendation and state the specific basis for every objection. The plaintiff also must identify every claim in the complaint that the report and recommendation has not addressed. Objections should not contain new allegations, present additional evidence, or repeat legal arguments.

A plaintiff who fails to object to factual or legal conclusions in the Magistrate Judge's report and recommendation waives the right to challenge on appeal those same conclusions adopted in the District Judge's order. Without a proper objection,

however, the court on appeal may review the unobjected-to factual and legal conclusions for plain error if necessary in the interests of justice.  11th Cir. R. 3-1.

After receiving the plaintiff's objections, a District Judge will conduct a *de novo* review of the relevant portions of the report and recommendation and may accept, reject, or modify in whole or in part the Magistrate Judge's findings of fact and recommendations.  The District Judge also may refer this action back to the Magistrate Judge with instructions for further proceedings.

The plaintiff may not appeal the Magistrate Judge's report and recommendation directly to the United States Court of Appeals for the Eleventh Circuit.  The plaintiff may appeal only from a final judgment entered by a District Judge.

**DONE** this 9th day of June, 2026.

STACI  G. CORNELIUS
U.S. MAGISTRATE JUDGE